| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR-12-01880-001-PHX-ROS |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* SA14CR0115 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Carlos Perez  Schertz, Texas 78154 | DISTRICT Arizona | DIVISION Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ronald S.W. Lew, Senior District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/21/13 | TO 05/20/16 |

**OFFENSE**

Count One: Conspiracy to Possess With Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), and 846

FILED / LODGED
RECEIVED / COPY
FEB 12 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILED
FEB 19 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Arizona

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Western District of Texas, San Antonio, Texas _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/8/14_
*Date*

_[signature]_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/30/14_
*Effective Date*

_[signature]_
*United States District Judge*

```
  FILED         LODGED
  RECEIVED      COPY

  NOV -6 2012

  CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>Carlos Perez,<br>(Counts 1-2)<br><br>    Defendant. | **CR-12-1880-PHX-ROS (DKD)**<br><br>**INDICTMENT**<br><br>VIO:  21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Marihuana)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D)(Possession with Intent to Distribute Marihuana)<br>Count 2<br><br>21 U.S.C. §§ 853 and 970<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT 1

From on or about October 1, 2012, through on or about October 14, 2012, in the District of Arizona, and elsewhere, defendant CARLOS PEREZ, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute less than 50 kilograms of marihuana, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about October 14, 2012, in Maricopa County, within the District of Arizona, defendant Carlos Perez, did knowingly and intentionally possess with intent to distribute less

1 | than 50 kilograms of marihuana, a Schedule II Controlled Substance in violation of Title 21,
2 | United States Code, Section 841(a)(1) and 841(b)(1)(D).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates by reference the allegations of Counts 1 and 2 of this Indictment.

In addition to any loss of right, title, and interest arising from any administrative and/or civil forfeiture proceedings, and as a result of the offenses set forth in Counts 1 through 2 of this Indictment, the defendant, CARLOS PEREZ, shall forfeit to the United States of America all right, title, and interest in (1) any property constituting, and derived from, any proceeds the defendant obtained, directly or indirectly, as the result of said offenses and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of, said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with, a third party;
(3) has been placed beyond the jurisdiction of the court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//

1  All pursuant to Title 21, United States Code, Sections 853 and 970.

2  A TRUE BILL

4  _____S/_____
   FOREPERSON OF THE GRAND JURY
5  Date: November 6, 2012

6  JOHN S. LEONARDO
   United States Attorney
7  District of Arizona

9  _____S/_____
   BRIAN G. LARSON
10 Assistant United States Attorney

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

v.

**Carlos Perez**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No. CR 12-01880-001-PHX-ROS**

Jeffrey A. Williams (AFPD)
Attorney for Defendant

USM#: 79828-308     ICE#: None

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/5/2013 to Count 1 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 21, U.S.C. §§841(a)(1) and (b)(1)(D) and 846, Conspiracy to Possess with Intent to Distribute Marijuana, a Class D Felony offense, as charged in Count 1 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS** on Count 1.

**IT IS ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** Waived     **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THREE (3) YEARS** on Count 1.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 12-13, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions, of particular importance, you shall not commit another federal, state or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances:

CR 12-01880-001-PHX-ROS                                                                 Page 2 of 4
USA vs. Carlos Perez

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

Case 5:14-cr-00115-UA   Document 1   Filed 02/19/14   Page 7 of 15
Case 2:12-cr-01880-ROS   Document 42   Filed 05/22/13   Page 3 of 4

CR 12-01880-001-PHX-ROS                                                        Page 3 of 4
USA vs. Carlos Perez

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall provide all financial documentation requested by the probation officer.

3. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer and shall provide all financial documentation as requested by the probation officer.

4. The defendant shall comply with the standard condition of supervision requiring full-time employment at a lawful occupation. This may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision, the defendant may be required to perform up to 20 hours of community service per week until employed as approved or directed by the probation officer.

5. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Tuesday, May 21, 2013**

DATED this 21nd day of May, 2013.

_____
Ronald S.W. Lew
Senior United States District Judge

CR 12-01880-001-PHX-ROS   Page 4 of 4
USA vs. Carlos Perez

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By:_____
United States Marshal                                      Deputy Marshal

CR 12-01880-001-PHX-ROS - Perez                                                     5/21/13 10:45am

CLOSED,TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:12-cr-01880-ROS-1

Case title: USA v. Perez
Magistrate judge case number: 2:12-mj-03488-LOA

Date Filed: 11/06/2012
Date Terminated: 05/22/2013

Assigned to: Chief Judge Roslyn O Silver

### Defendant (1)

**Carlos Perez**
*TERMINATED: 05/22/2013*

represented by **Jeffrey Allen Williams**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: jeffrey_williams@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

21:846 - Conspiracy to Possess with Intent to Distribute Marihuana
(1)

### Disposition

Defendant committed to Bureau of Prisons for a term of TIME SERVED, followed by THREE (3) YEARS Supervised Release. Special assessment: Remitted

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:841(a)(1), 841(b)(1)(D) - Possession with Intent to Distribute Marihuana
(2)

### Disposition

Dismissed on motion of the United States

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(D) - Possession with the Intent to Distribute Marijuana | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brian Gail Larson**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7537<br>Email: brian.larson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2012 | | Arrest of Carlos Perez. (ESL) [2:12-mj-03488-LOA] (Entered: 10/16/2012) |
| 10/16/2012 | 1 | COMPLAINT as to Carlos Perez. (ESL) [2:12-mj-03488-LOA] (Entered: 10/16/2012) |
| 10/16/2012 | 3 | Minute Entry for proceedings held before Magistrate Judge Lawrence O Anderson: Initial Appearance and Appointment of Counsel Hearings as to Carlos Perez held on 10/16/2012. FINANCIAL AFFIDAVIT TAKEN. Defendant temporarily detained.<br><br>**Appearances**: AUSA John Lopez, IV for Brian Larson for the Government, AFPD Jeffrey Williams for defendant. Defendant is present and in custody. Detention Hearing and Status Hearing re: Preliminary Hearing set for 10/19/2012 at 10:00 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Lawrence O Anderson. (Recorded by COURTSMART.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) [2:12-mj-03488-LOA] (Entered: 10/18/2012) |
| 10/19/2012 | 5 | Minute Entry for proceedings held before Magistrate Judge Lawrence O Anderson: Status Hearing re: Preliminary Hearing as to Carlos Perez held on 10/19/2012. Preliminary Hearing waived. Defendant held to answer before District Court. Defendant temporarily detained.<br><br>**Appearances**: AUSA Brian Larson for the Government, AFPD Jeffrey Williams for defendant. Defendant is present and in custody. Continuation of Detention Hearing set for 10/23/2012 at 11:30 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Lawrence O |

| | | |
|---|---|---|
| | | Anderson. (Recorded by COURTSMART.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) [2:12-mj-03488-LOA] (Entered: 10/19/2012) |
| 10/23/2012 | 6 | Minute Entry for proceedings held before Magistrate Judge Lawrence O Anderson: Detention Hearing as to Carlos Perez held on 10/23/2012. Defendant continued detained pending trial as a flight risk.<br><br>**Appearances**: AUSA Michael Lee for Brian Larson for the Government, AFPD Jeffrey Williams for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) [2:12-mj-03488-LOA] (Entered: 10/23/2012) |
| 10/25/2012 | 7 | ORDER OF DETENTION as to Carlos Perez. Signed by Magistrate Judge Lawrence O Anderson on 10/24/2012.(MMO) [2:12-mj-03488-LOA] (Entered: 10/25/2012) |
| 11/06/2012 | 8 | INDICTMENT as to Carlos Perez (1) counts 1, 2; Forfeiture Allegation. Arraignment set for 11/14/2012 at 10:00 AM in Courtroom 401, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S Bade. (REW) (Entered: 11/07/2012) |
| 11/06/2012 | 9 | NOTICE of No Probable Conflict with Magistrate Judge Steven P Logan by USA as to Carlos Perez (REW) (Entered: 11/07/2012) |
| 11/14/2012 | 12 | Minute Entry for proceedings held before Magistrate Judge Bridget S Bade: Arraignment as to Carlos Perez held on 11/14/2012. Defendant enters plea of NOT guilty to all pending counts.,<br><br>**Appearances**: AUSA Vincent Kirby for Brian Larson for the Government, AFPD Jeffrey A. Williams for defendant. Defendant is present and in custody. Motions due 21 days. Jury Trial set for 1/2/2013 at 09:00 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Chief Judge Roslyn O Silver. (Recorded by COURTSMART.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (PKD) (Entered: 11/16/2012) |
| 12/12/2012 | 13 | First MOTION to Continue Trial , First MOTION to Extend Time to File Pretrial Motions by Carlos Perez. (Attachments: # 1 Text of Proposed Order)(Williams, Jeffrey) (Entered: 12/12/2012) |
| 12/13/2012 | 14 | ORDER granting 13 Motion to Continue Trial and Pretrial Motions Deadline filed as to Carlos Perez (1). Jury Trial reset for 2/5/2013 at 08:30 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Chief Judge Roslyn O Silver. Pretrial Motions due by 1/4/2013. Signed by Chief Judge Roslyn O Silver on 12/12/12.(CLB) (Entered: 12/13/2012) |
| 02/01/2013 | 15 | Second MOTION to Continue Trial , Second MOTION to Extend Time to File Pretrial Motions by Carlos Perez. (Attachments: # 1 Text of Proposed Order)(Williams, Jeffrey) (Entered: 02/01/2013) |
| 02/01/2013 | 16 | ORDER granting 15 Motion to Continue Trial and Pretrial Motions Deadline |

| | | |
|---|---|---|
| | | filed as to Carlos Perez (1). Jury Trial reset for 4/2/2013 at 08:30 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Chief Judge Roslyn O Silver. Pretrial Motions due by 3/1/2013. Signed by Chief Judge Roslyn O Silver on 2/1/13.(CLB) (Entered: 02/01/2013) |
| 02/06/2013 | 17 | IT IS ORDERED setting a change of plea hearing as to Carlos Perez for 3/5/2013 at 9:30 AM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge David K. Duncan. (DKD/ah)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 02/06/2013) |
| 03/05/2013 | 18 | CONSENT OF DEFENDANT Carlos Perez for Guilty Plea Hearing before a United States Magistrate Judge. (MMO) (Entered: 03/05/2013) |
| 03/05/2013 | 19 | Minute Entry for proceedings held before Magistrate Judge David K Duncan: Change of Plea Hearing as to Carlos Perez held on 3/5/2013. Carlos Perez enters plea of guilty to count ONE of the Indictment. THE COURT ORDERS the trial date/pending hearings VACATED. Pending motions are rendered moot. Prior custody order AFFIRMED. The Court directs the US Probation Office to prepare a Presentence Report.<br><br>**Appearances**: AUSA Brian Larson for the Government, AFPD Jeffrey Williams for defendant. Defendant is present and in custody. Sentencing set for 5/20/2013 at 10:00 AM in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Chief Judge Roslyn O Silver. (Recorded by COURTSMART.) Hearing held 9:33 AM to 9:53 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 03/05/2013) |
| 03/05/2013 | 20 | LODGED PLEA AGREEMENT as to Carlos Perez re: 19 Change of Plea Hearing. (MMO) (Entered: 03/05/2013) |
| 03/05/2013 | 21 | MAGISTRATE JUDGE FINDINGS & RECOMMENDATIONS UPON A PLEA OF GUILTY AND ORDER as to Carlos Perez. Signed by Magistrate Judge David K Duncan on 3/5/2013. (MMO) (Entered: 03/05/2013) |
| 03/11/2013 | 22 | TEXT ONLY Minute Order: Set/Reset Hearings as to Carlos Perez. The Sentencing set for 5/20/2013 before Chief Judge Roslyn O. Silver is RESET to 5/21/2013 at 09:10 AM before Judge Ronald S W Lew. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 03/11/2013) |
| 03/12/2013 | 23 | MOTION for Reconsideration *of Conditions of Release* by Carlos Perez. (Williams, Jeffrey) (Entered: 03/12/2013) |
| 03/13/2013 | 24 | ORDER OF REFERRAL RE: BAIL REVIEW HEARING as to Carlos Perez. Signed by Chief Judge Roslyn O Silver on 3/13/13.(CLB) (Entered: 03/13/2013) |
| 03/13/2013 | 25 | ORDER denying 23 motion to reopen detention as to Carlos Perez (1). Signed by Magistrate Judge Lawrence O Anderson on 3/13/13.(CLB) (Entered: 03/13/2013) |
| | | |

| | | |
|---|---|---|
| 03/20/2013 | 26 | TEXT ONLY ORDER Adopting Magistrate Judge Findings and Recommendations 21 upon a plea of guilty as to Carlos Perez: On 3/5/13, Magistrate Judge David K. Duncan filed "Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty." The Findings recommended to the District Court to accept the Defendant's plea of guilty, subject to this Courts acceptance of the Plea Agreement. Having reviewed this matter de novo, and no objections having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the recommendation of the magistrate judge. Accordingly, THE COURT ORDERS the Defendant's plea of guilty ACCEPTED. THE COURT FURTHER ORDERS that the plea agreement will not be accepted or rejected at this time, but will be deferred to the time of sentencing. ORDERED BY THE COURT 3/20/13. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 03/20/2013) |
| 05/06/2013 | 37 | *MOTION for Downward Adjustment for Minor Role by Carlos Perez. (Williams, Jeffrey) *Modified to correct Motion event on 5/7/2013* (REW). (Entered: 05/06/2013) |
| 05/14/2013 | 38 | *RESPONSE to Motion by USA as to Carlos Perez re 37 MOTION for Downward Adjustment. (Larson, Brian) *Modified on 5/15/2013; document title/description is incorrect* (REW). (Entered: 05/14/2013) |
| 05/17/2013 | 39 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Carlos Perez (Williams, Jeffrey) (Entered: 05/17/2013) |
| 05/21/2013 | 40 | Minute Entry for proceedings held before Judge Ronald S W Lew: Sentencing as to Carlos Perez held on 5/21/2013. ORDERED granting 37 Motion for Departure as to Carlos Perez (1). Sentence imposed. Judgment to issue.<br><br>**Appearances**: AUSA Brian Larson for the Government, AFPD Jeffrey Williams for defendant. Defendant is present and in custody. (Court Reporter Linda Schroeder) Hearing held 9:12 AM to 9:25 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (VPB) (Entered: 05/21/2013) |
| 05/21/2013 | 43 | PLEA AGREEMENT as to Carlos Perez. (VPB) (Entered: 05/22/2013) |
| 05/22/2013 | 41 | RELEASE ORDER as to Carlos Perez, United States Marshal is authorized to release defendant pursuant to the TIME SERVED sentence imposed this date. Signed by Courtroom Deputy on 5/21/2013.(VPB) (Entered: 05/22/2013) |
| 05/22/2013 | 42 | JUDGMENT AND COMMITMENT ISSUED as to Carlos Perez (1): Count 1, Defendant committed to Bureau of Prisons for a term of TIME SERVED, followed by THREE (3) YEARS Supervised Release. Special assessment: Remitted. Count 2, Dismissed on motion of the United States. Signed by Judge Ronald S W Lew on 5/21/2013.(VPB) (Entered: 05/22/2013) |
| 02/12/2014 | 44 | Supervised Release Jurisdiction Transferred to Western District of Texas as to Carlos Perez. Transmitted Transfer of Jurisdiction form. (REW) (Entered: 02/13/2014) |
| 02/13/2014 | 45 | LETTER to Western District of Texas sending copies as to Carlos Perez re: 44 Transfer Out - Supervised Release. (REW) (Entered: 02/13/2014) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 02/19/2014 10:44:51 ||||
| PACER Login: | us4502 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-cr-01880-ROS |
| Billable Pages: | 4 | Cost: | 0.40 |

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 13, 2014

Clerk, U.S. District Court
Western District of Texas
U.S. Courthouse
655 E. Cesar E. Chavez Boulevard, Room G-65
San Antonio, TX    78206

    re:   USA vs. **Carlos Perez**
         our number:   CR 12-1880-PHX-ROS
         your number:

Dear Clerk of Court:

Enclosed are transfer documents pursuant to Federal Rules of Criminal Procedure 18:3605. Documents include:

|   |   |   |
|---|---|---|
| 1) | Copy of the docket sheet | _____ |
| 2) | Consent to Transfer Case pursuant to 18:3605 | ___✓___ |
| 3) | Other Pending Documents | _____ |

**All other documents are available through PACER on CM/ECF.**

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to the office.

                         Sincerely,
                         BRIAN D.  KARTH, DCE/Clerk of Court

                         By .    s/ Ruth E. Williams
                         Deputy Clerk

I acknowledge receipt of the documents listed above:
By _Amy Jackson_ Of The _Western_ District of _Texas_ Dated _2/19/14_

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*